**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-23060-BLOOM**

CARLOS ANTONIO TRUJILLO ACOSTA,

Petitioner,

v.

MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; TODD BLANCHE, U.S. Attorney General; KELEI B. WALKER, Field Office Director, Miami Field Office, U.S. Immigration and Customs Enforcement; TODD LYONS, Acting Director, Immigration and Customs Enforcement; CHARLES PARRA, Assistant Field Office Director, Krome North Service; SIRCE OWEN, Acting Director, Executive Office for Immigration Review,

Respondents.
_______________________________________________/

**ORDER CLOSING HABEAS CASE**

**THIS CAUSE** is before the Court upon a *sua* sponte review of the record. In May 2026, the Court stated that it was "inclined to grant Petitioner's request for an individualized bond hearing." ECF No. [5] at 1. Accordingly, the Court required that Respondents either (1) provide Petitioner an individualized bond hearing consistent with 8 U.S.C. § 1226(a) or otherwise release Petitioner; or (2) show cause in writing justifying Petitioner's detention. *Id.* at 2.

In their Response, Respondents indicated that an individualized bond hearing had been scheduled. ECF No. [7]. On May 12, 2026, Respondents filed a notice stating that a bond hearing took place on May 11, 2026, and at that hearing, the immigration judge "took no action on the bond because [Petitioner's] counsel requested additional time to obtain evidence in support of the custody redetermination request." ECF No. [8]. In effect, Petitioner received the relief sought in

the Petition, ECF No. [1]—that is, a bond hearing.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Petition, **ECF No. [1]**, is **GRANTED**.

2. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on October 19, 2026.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of record

Noticing INS Attorney
Email: usafls-immigration@usdoj.gov

Noting 2241/Bivens US Attorney
Email: usafls-2255@usdoj.gov